```
                FILED           RECEIVED
                ENTERED         SERVED ON
                        COUNSEL/PARTIES OF RECORD

                    JAN - 4 2016

                CLERK US DISTRICT COURT
                  DISTRICT OF NEVADA
            BY:                        DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:14-CR-394-APG-(GWF) |
| ) | |
| KYE AARON DUNBAR, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant KYE AARON DUNBAR to the criminal offense, forfeiting the property set forth in the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant KYE AARON DUNBAR pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 22; Preliminary Order of Forfeiture, ECF No. 23.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 15, 2015, through October 14, 2015, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 25.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. Spikes Tactical Model SL15 .223 caliber semi-automatic rifle with 9" barrel, serial number SAR63638;
2. Smith & Wesson Model 36 .38 caliber revolver, serial number J678180;
3. JD Machine Model TR1 .223 caliber semi-automatic rifle, serial number 22485;
4. Springfield Armory Ultra Compact .45 caliber semi-automatic pistol with magazine, serial number N463681;
5. Sig Sauer Mosquito .22lr semi-automatic pistol with magazine and laser sight, serial number F332963;
6. Mossberg MVP 7.62 NATO caliber bolt action rifle, serial number MVP040729;
7. Bolt for a Mossberg in a case; and
8. Any and all rounds of ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 4th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE